**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Versatile Helicopters, Inc.

      vs      Case No.  C2-10-1110

City of Columbus      **Judge Frost**
                **Magistrate Judge Deavers**

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that the jury returned a General Verdict in favor of Plaintiff and against Defendant and awarded damages in the sum of $379,790.78.  The Court accepted the findings of the jury, but enters a judgment in favor of Plaintiff and against Defendant in the sum of $250,000.00 The Court found that Plaintiff's damages are limited by the amount of requested damages in the first claim of Plaintiff's Amended Complaint.

Date:  **September 19, 2012**      **John P. Hehman, Clerk**

                   s/ Scott Miller
                 By Scott Miller /Deputy Clerk