UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VERSATILE HELICOPTERS,**

      **Plaintiff,**     Case No. 2:10-cv-1110
                                    JUDGE GREGORY L. FROST
  v.                             Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS, et al.,**

      **Defendants.**

## ORDER

Pursuant to the Sixth Circuit's December 3, 2013 Opinion (ECF Nos. 105 & 106) and the appellate mandate (ECF No. 109), the Court enters judgment in favor of Versatile Helicopters and against the City of Columbus in the amount of $379,790.78, the amount the jury awarded. The Clerk shall enter an amended judgment accordingly.

    **IT IS SO ORDERED**.

                                          /s/ Gregory L. Frost
                                      GREGORY L. FROST
                                      UNITED STATES DISTRICT JUDGE