AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

So. District of Ohio, Eastern Div.

| | |
|---|---|
| VERSATILES HELICOPTERS, PLAINTIFF<br><br>v.<br><br>CITY OF COLUMBUS, DEFENDANT | )<br>)<br>) Case No.:<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___02/04/2014___ against ___CITY OF COLUMBUS___,
*Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ 805.00 |
| Fees for service of summons and subpoena ............................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,366.80 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses *(itemize on page two)* ................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................... | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................... | |
| TOTAL | $ 5,171.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  **/s/ DOUGLAS J. SUTER**

Name of Attorney: **DOUGLAS J. SUTER**

For: _____**VERSATILE HELICOPTERS**_____  Date: __02/14/2014__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*            *Deputy Clerk*              *Date*

AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| NONE | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## VERSATILE HELICOPTERS v. CITY OF COLUMBUS
U.S. DISTRICT COURT CASE NO.: 2:10-cv-1110

| | | |
|---|---|---|
| 12/09/2010 | Filing Fees, U.S. District Court – File New Complaint | 350.00 |
| 09/26/2011 | Whitney Layne Depos – Depo of Scott Baker – Vol. II | 599.50 |
| 09/27/2011 | Whitney Layne Depos – Depo of Dave MacFarlane – Vol. II | 753.50 |
| 10/05/2011 | City Reporters, Inc. – Depo of Marc White | 220.50 |
| 10/05/2011 | Video DVD of depo of Marc White in Oklahoma | 65.00 |
| 03/08/2012 | Whitney Layne Depos – Depo of Dave MacFarlane and Scott Baker | 437.75 |
| 03/19/2012 | Connie M. Willman RPR – Depo of Vic Speroni – Vol. II | 1,007.50 |
| 05/17/2012 | Connie M. Willman RPR – Depo of Vic Speroni – Vol. 1 | 659.75 |
| 08/23/2012 | Professional Reporters, Inc. – Depo of John Wolfe | 623.30 |
| 11/30/2012 | Filing Fees, U.S. District Court – Appeal | 455.00 |
| | | 5,171.80 |

6278034.1

# HAHN LOESER

## Check Request Form

| Date Requested: | Request Time: | Date Needed: | Time Needed: |
|---|---|---|---|
| 10/26/2011 | Noon | 10/27/2011 | 3pm |

| Requested By: | TKP#: | Requested For: | TKP#: |
|---|---|---|---|
| Karen Kent | 1124 | DOUGLAS J. SUTER | 1125 |

Type of Expense?: **Client Chargeable**
Bank Account: **Operating Account**

Purpose of Check:
**CR for depo of Scott Baker 9/26/11**

Description on Check Stub *(Optional and 25 Character Limit)*:
**Inv. No. 092611b**

Return Check To:
☑ Requestor
☐ Mail
☐ Other *(provide instructions below)*

All Receipts/Invoices/Court Sheets Attached?
☑ Yes
☐ No *(please state reason below)*

---

Pay to the Order Of:
**WHITNEY LAYNE**

In the Amount Of:
**$599.50**

**4499 DONGEGAL CLIFFS DRIVE**
**DUBLIN, OH 43017**

---

Client Name:
**VERSATILE HELICOPTERS**

Matter No:
**208607.00001**

Location *(For Firm Exp- Optional)*: **02 - Columbus**
Area *(For Firm Exp- Optional)*: **10 - Litigation**
Acct No *(For Firm Exp- Optional)*:

Approved By: *(reimbursement approval sheet)* [signature]

Accounting Review:

### For Accounting Only

| Vendor # | 7836 | Voucher/Trust Batch #: | 206345 |
|---|---|---|---|
| Account # | 19990 | Amount | 599.50 |

V131459

## WHITNEY LAYNE
**Professional Reporter**

4499 Donegal Cliffs Drive
Dublin, Ohio  43017

Phone (614) 309-1669

To:   Douglas Suter, Esq.                                    Invoice No. 092611b
      **Hahn Loeser & Parks**
      65 East State Street, Suite 1400
      Columbus, Ohio  43215

In Re:  Versatile Helicopters v. City of Columbus, et al.

Deposition(s) of Scott Baker taken September 26, 2011

Invoice date: October 18, 2011

| | |
|---|---|
| 218 Pages of Copy Transcript @$2.75/pg. | $599.50 |
| **Total Amount Due and Owing** | **$599.50** |

THANK YOU!

### **PAYMENT DUE UPON RECEIPT**

*[handwritten notation: October pay KD 208607.00001]*

# HAHN ⊕ LOESER

## Check Request Form

| Date Requested: | Request Time: | Date Needed: | Time Needed: |
|---|---|---|---|
| 10/26/2011 | Noon | 10/27/2011 | 3pm |

| Requested By: | TKP#: | Requested For: | TKP#: |
|---|---|---|---|
| Karen Kent | 1124 | DOUGLAS J. SUTER | 1125 |

Type of Expense?: **Client Chargeable**
Bank Account: **Operating Account**

Purpose of Check:
**CR for depo of Dave MacFarlane 9-27-11**

Description on Check Stub (Optional and 25 Character Limit):
**Inv. No. 092711b**

Return Check To:
☑ Requestor
☐ Mail
☐ Other (provide instructions below)

All Receipts/Invoices/Court Sheets Attached?
☑ Yes
☐ No (please state reason below)

Pay to the Order Of: **WHITNEY LAYNE**
In the Amount Of: **$753.50**

**4499 DONGEGAL CLIFFS DRIVE**
**DUBLIN, OH 43017**

Client Name: **VERSATILE HELICOPTERS**
Matter No: **208607.00001**

Location (For Firm Exp- Optional): **02 - Columbus**
Area (For Firm Exp- Optional): **10 - Litigation**
Acct No (For Firm Exp- Optional):

Approved By: (reimbursement approval sheet) [signature]
Accounting Review:

### For Accounting Only

Vendor #: 7836
Voucher/Trust Batch #: 206349
Account #: 19990
Amount: 753.50

V131459

# WHITNEY LAYNE
## Professional Reporter

4499 Donegal Cliffs Drive
Dublin, Ohio  43017

Phone (614) 309-1669

To:   Douglas Suter, Esq.                                    Invoice No. 092711b
      **Hahn Loeser & Parks**
      65 East State Street, Suite 1400
      Columbus, Ohio  43215

In Re:  Versatile Helicopters v. City of Columbus, et al.

Deposition(s) of Dave MacFarlane taken September 27, 2011

Invoice date: October 21, 2011

274 Pages of Copy Transcript @$2.75/pg.                      $753.50

**Total Amount Due and Owing**                               $753.50

THANK YOU!

**PAYMENT DUE UPON RECEIPT**

OK to pay [signature]
208662.00001

# HAHN ◉ LOESER

## Check Request Form

| | | | |
|---|---|---|---|
| Date Requested: | Request Time: | Date Needed: | Time Needed: |
| 11/10/2011 | 10:30am | 11/11/2011 | 1:00pm |
| Requested By: | TKP#: | Requested For: | TKP#: |
| KS KENT | 1124 | DJ Suter | 1125 |
| Type of Expense?: | | Bank Account: | |
| **Client Chargeable** | | **Operating Account** | |

Purpose of Check:
**Depo of M. White on 10-5-11**

Description on Check Stub (Optional and 25 Character Limit):
**Inv. 227639**

Return Check To:    All Receipts/Invoices/Court Sheets Attached?
☑ Requestor       ☑ Yes
☐ Mail
☐ Other (provide instructions below)    ☐ No (please state reason below)

| Pay to the Order Of: | In the Amount Of: |
|---|---|
| **CITY REPORTERS, INC.** | **$220.50** |

**FIRST FLOOR**
**117 PARK AVENUE**
**OKLAHOMA CITY, OK 73102-9030**

| Client Name: | Matter No: |
|---|---|
| **VERSATILE HELICOPTERS** | **208607.00001** |
| Location (For Firm Exp- Optional): | Area (For Firm Exp- Optional): | Acct No (For Firm Exp- Optional): |
| **02 - Columbus** | **10 - Litigation** | |

Approved By: (reimbursement approval sheet)    Accounting Review:

### For Accounting Only

| Vendor # | Voucher/Trust Batch #: |
|---|---|
| 9506 | 206862 |
| Account # | Amount |
| 19090 | 220.50 |

√131687

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

Date: 10/24/2011

227639

**TO:**
DOUGLAS SUTER
Attorney at Law
65 E. State Street, Suite 1400
Columbus, OH 43215

In Re: VERSATILE HELICOPTERS -v- CITY OF COLUMBUS
Case No.: 2:10-CV-1110

For one copy of the deposition taken on October 5, 2011,
In Oklahoma City, Oklahoma:

MARK WHITE......................................................................... $ 220.50

Thank you,
Emily Eakle, CSR

TAX I.D. # 73-1412161
**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

# HAHN LOESER

## Check Request Form

| | | | |
|---|---|---|---|
| Date Requested: | Request Time: | Date Needed: | Time Needed: |
| **11/10/2011** | **10:30am** | **11/11/2011** | **1:00pm** |

| | | | |
|---|---|---|---|
| Requested By: | TKP#: | Requested For: | TKP#: |
| **KS KENT** | **1124** | **DJ Suter** | **1125** |

Type of Expense?: **Client Chargeable**
Bank Account: **Operating Account**

Purpose of Check:
**INVOICE 7454 - 10-28-11**

Description on Check Stub (Optional and 25 Character Limit):
**Inv. 10-28-11- INV. #7454**

Return Check To:
☑ Requestor
☐ Mail
☐ Other (provide instructions below)

All Receipts/Invoices/Court Sheets Attached?
☑ Yes
☐ No (please state reason below)

Pay to the Order Of: **JOHNSON VIDEO CO.**
In the Amount Of: **$65.00**

**P.O. BOX 76435**
**OKLAHOMA CITY, OK 73147**

Client Name: **VERSATILE HELICOPTERS**
Matter No: **208607.00001**

Location (For Firm Exp- Optional): **02 - Columbus**
Area (For Firm Exp- Optional): **10 - Litigation**
Acct No (For Firm Exp- Optional):

Approved By: (reimbursement approval sheet) [signature]
Accounting Review:

### For Accounting Only

Vendor # 9507
Voucher/Trust Batch #: 206864

Account # 19990
Amount 65

V131689

# INVOICE

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC, OK. 73147
PHONE (405)235-4422

208607.0001

**INVOICE DATE** 10/28/11

**NO.** 7454

**SOLD TO:**
DOUGLAS SUTER
ATTORNEY AT LAW
65 E. STATE ST. STE. 1400
COLUMBUS, OH 43215

**SHIP TO:**

**CUSTOMER'S ORDER NO.**

| SALESPERSON | SHIPPED VIA | SHIP DATE | TERMS | F.O.B. |
|---|---|---|---|---|
| ROBERT | | | | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | 10/5/11 | VERSATILE HELICOPTERS vs CITY OF COLUMBUS | | |
| | | VIDEO COPY OF MARK WHITE, BURNED TO DVD | | 50 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | THANK YOU         TOTAL AMOUNT | | $65 00 |

A-2872-3872 / T-3813

*214495*
*V 135402*

**WHITNEY LAYNE**
**Professional Reporter**

*208607.0001*
*ok to pay (KK)*
*5/23/12*

4499 Donegal Cliffs Drive
Dublin, Ohio 43017

Phone (614) 309-1669

*208607.1*
*$437.75*

To: Doug Suter, Esq.
Hahn Loeser & Parks
65 East State Street, Suite 1400
Columbus, Ohio 43215

Invoice No. 030812b

In Re: Versatile Helicopters v. City of Columbus, et al.

Deposition(s) of Dave MacFarlane and Scott Baker, part 2, taken March 8, 2012

Invoice date: March 28, 2012

| | |
|---|---|
| 147 Pages of Copy Transcript @$2.75/pg. | $404.25 |
| Copying of exhibits 74 pgs. @.25/pg. | $ 18.50 |
| Handling/Delivery | $ 15.00 |
| **Total Amount Due and Owing** | **$437.75** |

THANK YOU!

**PAYMENT DUE UPON RECEIPT**

(Federal Id. No. 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)

# INVOICE

## Connie M. Willman, RPR, Inc.

570 D'Lyn Street, Columbus, Ohio 43228
(614) 870-0998 Fax: (614) 851-0134
Federal Tax ID: 31-1680395

*OKtopay*
*KD 3/19/12*
*208607.00001*

*211825*
*V134183*

**Invoice Date:** March 19, 2012      **Invoice Number:** 12150

**Bill to:** Douglas J. Suter, Esq.
Hahn, Loeser & Parks, LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215

*208607.1  1007.50*

**Case Style:** Versatile Helicopers, Inc. vs. City of Columbus, et al.
Case No. 2:10 CV 1110

**Deposition of:** Victor James Speroni

**Date Taken:** March 9, 2012

**Reporter's Attendance:** 6 hrs. @ 50.00 = 300.00

**Original Transcript:** 149 pgs. @ 4.50 (expedite) = 670.50

**Obtain Signature:** = 25.00

**Handling & Delivery:** = 12.00

**TOTAL DUE** = $1,007.50

**THANK YOU FOR YOUR BUSINESS!**

Accounts over 30 days subject to service charges - 18 percent per year.

# INVOICE

**Connie M. Willman, RPR, Inc.**

570 D'Lyn Street, Columbus, Ohio 43228
(614) 870-0998 Fax: (614) 851-0134
Federal Tax ID: 31-1680395

*Handwritten annotations:* 215/37, V135756, 3620, 6-11-12, Octopay, 208607, 00001, 208607.1, $659.75

**Invoice Date:** May 31, 2012  **Invoice Number:** 12314

**Bill to:** Douglas J. Suter, Esq.
Hahn, Loeser & Parks, LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215

**Case Style:** Versatile Helicopters, Inc. vs. City of Columbus, et al.
Case No. 2:10 CV 1110

**Deposition of:** Victor Speroni – Volume II

**Date Taken:** May 17, 2012

| | | |
|---|---|---|
| Reporter's Attendance: | 5 hrs @ $50.00 | = 250.00 |
| Original Transcript: | 105 pgs @ $3.55 | = 372.75 |
| Obtain Signature: | | = 25.00 |
| Handling & Delivery: | | = 12.00 |
| **TOTAL DUE:** | | = **$659.75** |

THANK YOU FOR YOUR BUSINESS!

*interest charged at the rate of 18 percent per year.*

Please complete below and return with payment:

Invoice Date:  Invoice Number: 12314
Bill To:
Case Style: Versatile Helicopters vs. City of Columbus
TOTAL DUE: = $659.75

570 D'Lyn Street, Columbus, Ohio 43228

# INVOICE



390 S. Washington Avenue
Columbus, OH 43215-5542
800.229.0675 · 614.460.5000
fax · 614.460.5566
pri@priohio.com · www.priohio.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10376 | 8/29/2012 | 9438 |
| Job Date | Case No. | |
| 8/23/2012 | 2:10-CV-1110 | |
| Case Name | | |
| Versatile Helicopters, Inc. v. City of Columbus | | |
| Payment Terms | | |
| Net 30 | | |

Douglas Suter
Hahn Loeser + Parks LLP
65 East State Street, Suite 1400
Columbus, OH  43215

Deposition of:

John A. Wolfe

| | | | | |
|---|---|---|---|---|
| Reporter Appearance | 2.00 Hours | @ | 52.00 | 104.00 |
| Original Medical/Technical Transcript, 4-Day delivery | 93.00 Pages | @ | 5.10 | 474.30 |
| Signature Fee | 1.00 | @ | 30.00 | 30.00 |
| Downtown Delivery | 1.00 | @ | 15.00 | 15.00 |
| TOTAL DUE >>> | | | | $623.30 |

Professional Reporters, Inc.  1980 - 2012
Thank you for the opportunity to provide you with over 30 years of PRIority service.

Tax ID: 31-0995591

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 9438 | BU ID | : DEPO |
| Case No. | : 2:10-CV-1110 | | |
| Case Name | : Versatile Helicopters, Inc. v. City of Columbus | | |
| Invoice No. | : 10376 | Invoice Date | : 8/29/2012 |
| Total Due | : $623.30 | | |

Douglas Suter
Hahn Loeser + Parks LLP
65 East State Street, Suite 1400
Columbus, OH  43215

Remit To: **Professional Reporters, Inc.**
390 S Washington Ave
Columbus, OH  43215

**PAYMENT WITH CREDIT CARD** 

Cardholder's Name:
Card Number:
Exp. Date:_____ Phone#:_____
Billing Address:
Zip:_____ Card Security Code:_____
Amount to Charge:
Cardholder's Signature: