# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**VERSATILE HELICOPTERS,**

    **Plaintiff,**          Case No. 2:10-cv-1110
                                 **JUDGE GREGORY L. FROST**
    **v.**                         Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS, et al.,**

    **Defendants.**

## ORDER

On April 17, 2014, counsel for Plaintiff informed this Court that the pending motions for attorneys' fees and interest are now moot. (ECF Nos. 119 & 120.) The Court therefore **VACATES** the April 24, 2014 oral hearing and **DIRECTS** the Clerk to terminate the motions as moot on the docket and remove them from the pending motions list. If circumstances should necessitate reactivation of these motions, the parties shall promptly contact the Court.

    **IT IS SO ORDERED**.

                                                      /s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE